**Order entered January 15, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00500-CV

**MARCUS JOSEPH ROPER, Appellant**

**V.**

**KATHERINE ELIZABETH JOLLIFFE, Appellee**

**On Appeal from the 292nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. 13-00611-V-292ND**

## ORDER

We **GRANT** appellee's January 13, 2015 motion for an extension of time to file a brief.

Appellee shall file a brief by February 12, 2015.

/s/     ELIZABETH LANG-MIERS
JUSTICE